# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARRY TOMAS**                                                                                    **PLAINTIFF**
**ADC #173372**

v.                              No: 3:20-cv-00002 JM-PSH

**CARTER,** *et al.*                                                                  **DEFENDANTS**

## **ORDER**

The Clerk of Court has received $350 of the $400 filing fee for this case. The Court previously informed plaintiff that the filing fee is $400 unless he is granted *in forma pauperis* status.[1] Plaintiff may pay the remaining $50, or if he cannot afford to do so, re-submit a complete *in forma pauperis* application within 30 days of the date of this Order.

IT IS SO ORDERED this 24th day of January, 2020.

                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The statutory filing fee is $400, which reflects a $50 administrative fee. The $50 fee does not, however, apply to plaintiffs who are granted *in forma pauperis* status. *See* District Court Miscellaneous Fee Schedule, No. 14, available at https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule.