# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARRY TOMAS**  **PLAINTIFF**
**ADC #173372**

v.　　　　　　　　　　No: 3:20-cv-00002 JM-PSH

**CARTER,** *et al.*　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Garry Tomas filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 2, 2020, while incarcerated at the Arkansas Department of Correction's Barbara Ester Unit (Doc. No. 2). Tomas has paid the full filing and administrative fees (Doc. Nos. 5 & 6).

Before docketing the complaint, or as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A. The Court needs more information to screen Tomas' complaint. Tomas must amend his complaint to describe the specific role each defendant had in the alleged constitutional violations and the injuries he sustained. Additionally, to the extent Tomas alleges policies of the Greene County Detention

Facility or Turn Key Medical are unconstitutional, he must specifically describe those policies.

The Clerk of Court is directed to send a blank § 1983 complaint form to Tomas. Tomas is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Tomas fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed.

IT IS SO ORDERED this 11th day of February, 2020.

UNITED STATES MAGISTRATE JUDGE