# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARRY THOMAS**                                              **PLAINTIFF**
**ADC #173372**

v.                  No: 3:20-cv-00002 JM-PSH

**CARTER,** *et al.*                                         **DEFENDANTS**

## ORDER

Plaintiff Garry Thomas filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 2, 2020, while incarcerated at the Arkansas Department of Correction's Barbara Ester Unit (Doc. No. 2). Thomas has paid the filing fee in full. The Court ordered Thomas to file an amended complaint describing how each defendant was personally involved in the alleged violation of his constitutional rights, and how he was injured as a result (Doc. No. 7). Thomas has filed an amended complaint (Doc. No. 8). Although he names four defendants, he only describes the involvement of defendant LPN T. Huggins. He alleges that she denied him pain medication and that others would not take him to an appointment with his neurosurgeon while he was incarcerated at the Greene County Detention Facility.

Thomas will be allowed another opportunity to amend his complaint to fully describe his claims. Thomas should describe the personal involvement of each defendant, how he was injured, and how long he was denied pain medication or

treatment at the Greene County Detention Facility. Thomas is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Thomas fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed. The Clerk of Court is directed to send Thomas a blank § 1983 form.

IT IS SO ORDERED this 9th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE