# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARRY THOMAS**  **PLAINTIFF**
**ADC #173372**

**v.**  **No: 3:20-cv-00002 JM**

**CARTER**, *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Garry Thomas filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 2, 2020 (Doc. No. 2). On March 9, 2020, the Court entered an order directing Thomas to file an amended complaint (Doc. No. 3). Thomas was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Thomas has not complied or otherwise responded to the March 9 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Thomas's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED June 23, 2020.

_____
UNITED STATES DISTRICT JUDGE