**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GARRY THOMAS**                                                            **PLAINTIFF**
**ADC #173372**

**v.**                                          **No: 3:20-cv-00002 JM**

**CARTER,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice.

DATED this 23rd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE